

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00866-CR

Sherise Nicole **LEVINS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR0827
Honorable Maria Teresa Herr, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is MODIFIED to delete the requirement that appellant Sherise Nicole Levins pay the costs of court-appointed counsel, assessed at $ 1,000.00, as reflected in the Bexar County District Clerk's bill of cost. The trial court's judgment is AFFIRMED AS MODIFIED.

The Bexar County District Clerk, Donna Kay McKinney, is ORDERED to delete the $1,000.00 in attorney's fees from the bill of costs in this case and to prepare and certify a corrected bill of costs.

SIGNED May 21, 2014.

_____
Luz Elena D. Chapa, Justice